IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


LAIF DOUGLAS POULTON                                        PETITIONER


VS.                              CASE NO. 09-CV-4069


UNITED STATES OF AMERICA                                    RESPONDENT


## ORDER

Beore the Court is the Report and Recommendation filed on November 24, 2009, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. No. 11).  Ten (10) days have passed without objections being filed by the parties.  The

Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Petitioner's Motion to Dismiss (Request to

Withdraw Motion) (Doc. No. 10) should be and hereby is **granted.**  Petitioner's Petition for Writ

of *Habeas Corpus* is hereby **dismissed**.

IT IS SO ORDERED, this 18th day of December, 2009.


____/s/Harry F. Barnes_____
Hon. Harry F. Barnes
United States District Judge